**In the Matter of the Estate of James M. Jennings, Deceased.**

**On appeal of James P. Jennings, Appellant, v. James P. Jennings, Administrator et al., Appellees.**

**Gen. No. 19,890.    (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. JESSE A. BALDWIN, Judge, presiding. Heard in this court at the October term, 1913. Dismissed. Opinion filed October 13, 1914.

### Statement of the Case.

Appeal by James P. Jennings to the Circuit Court from an order of the Probate Court disallowing and dismissing his claim against the estate of his father, J. M. Jennings, deceased. On May 3, 1913, the Circuit Court entered an order dismissing the appeal. The claimant on May 7, 1913, filed a motion to vacate the order of May 3rd but no such motion was in the record. On May 27th, a day of the next term of court, an order was entered that the record be amended *nunc pro tunc* as of May 7th to show the motion to vacate the order dismissing the appeal and for leave to file a new appeal bond, and that such motion was continued; that such motion was denied and an appeal to the Appellate Court prayed by claimant and allowed on his filing a bond.

The bond was filed and a motion to dismiss the appeal was reserved to the hearing.

JOHN A. BLOOMINGSTON, for appellant.

THOMAS G. O'HARE, for appellees.

MR. JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 934*—*what must be shown when record is amended after term.* Where the Circuit Court at its next term enters an order *nunc pro tunc* to make the record of the preceding term show a motion made to vacate a judgment that the motion was denied, etc., and that an appeal was allowed, the appeal will be dismissed where it neither appears in the bill of exceptions nor the clerk's record that there was any minute, memoranda or memorial paper before the court to amend by.